UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PUGH,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, ,<br><br>    Respondent. | NO. CV 23-3755-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report") and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation in the Report.

    The Report notes that Petitioner filed an application for leave to file a second or successive petition on June 28, 2023 before the Ninth Circuit in Case No. 23-1305. The matter remains pending in the Ninth Circuit.

IT THEREFORE IS ORDERED as follows:

1) Respondent's motion to vacate is GRANTED;

2) Judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed as an unauthorized second or successive petition; and

3) Petitioner's motion for writ of mandamus/mandate is DENIED.

DATED: February 20, 2024

GEORGE H. WU
United States District Judge